**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **No. 3:22-CR-1-CAR-CHW-1** |
| **TED WESLEY CANNON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant Ted Wesley Cannon's Unopposed Motion to Continue [Doc. 27] the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On January 11, 2022, the Grand Jury returned a one-count indictment charging Defendant with possession with intent to distribute methamphetamine. On February 7, 2022, Defendant was appointed counsel, pled not guilty at his arraignment, and detained pending trial. This case has twice been previously continued, and the Government does not oppose Defendant's current request.

In the Motion, defense counsel states that she cannot adequately represent Defendant without additional time for completing investigation, discussing the information obtained from the investigation, and pursuing active plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a

continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.   Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 27] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

      **SO ORDERED,** this 12th day of July, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT