IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-1-CAR-CHW-1 |
| TED WESLEY CANNON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Ted Cannon's Unopposed Motion to Continue [Doc. 42] the trial of this case, which is set to begin on April 3, 2023, in Athens, Georgia. On January 11, 2022, the Grand Jury returned a one-count indictment charging Defendant with possession with intent to distribute methamphetamine. On February 7, 2022, Defendant was appointed counsel, pled not guilty at his arraignment, and was ordered detained pending trial. This case has been previously continued multiple times, and the Government does not oppose Defendant's request.

In the Motion, Defense Counsel represents that Defendant returned to the district in mid-January, and additional time is needed to review the discovery, actively investigate the case, discuss information obtained from the investigation with Defendant, and continue plea negotiations, if warranted. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy

1

trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 42] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until June 12, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 15th day of March, 2023.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT